IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. Rome

AUG 25 2008

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

| | |
|---|---|
| IN RE: | ) <br> ) <br> ) CIVIL ACTION FILE <br> ) NO. 08 CV 00255 <br> ) (Superior Court of Dade County) <br> ) |
| ESTATE OF <br> GASTON C. RAOUL, III | |

4:08 CV- 139 -HLM

## NOTICE OF AND PETITION FOR REMOVAL

COMES NOW ELLEN RAOUL ("**Ellen**") individually and WILLIAM RAOUL ("**William**") by next friend and guardian Ellen Raoul (hereinafter collectively referred to as "**Respondents**"), Respondents in the above-styled action, and show this Honorable Court the following:

1.

Philip B. Whitaker, Jr. ("**Whitaker**") and Douglas G. Bullard ("**Bullard**") (hereinafter collectively referred to as "**Executors**") filed a Petition For Declaratory Judgment in the Superior Court of Dade County, denominated as Civil Action No. 08 CV 00255 and styled "In Re Estate of Gaston C. Raoul, III." A true and correct copy of the Petition for Declaratory Judgment in said civil action is attached hereto as **Exhibit "A"**.

2.

Executors Whitaker and Bullard are the duly appointed executors of the Estate of Gaston Raoul in the Probate Court of Dade County, Georgia.

3.

William is the minor son of the deceased Gaston Raoul, and is the sole beneficiary of Gaston Raoul's Estate as named in his Last Will and Testament ("**Will**").

4.

Ellen is the ex-wife of Gaston Raoul, and the mother of William. Ellen has been appointed as the guardian and conservator of William.

5.

Ellen and William are the only proper defendants in this matter for purposes of removal, and both join in this Petition for Removal.

6.

Pursuant to Paragraph 5.2.4 of Gaston Raoul's Will, William is entitled to demand of the Executors certain payments to be made to William each year prior to the outright distribution of the corpus free of trust to William when he reaches the age of 35.

7.

Ellen, as the guardian and conservator of William, has made these demands on William's behalf for the past 3 fiscal years, on the Executors, for the distribution of funds pursuant to Paragraph 5.2.4 of the Will. Executors have rejected each of those demands. The aggregate amount owed to William pursuant to the demands exceeds $75,000.

8.

Executors have brought their Petition for Declaratory Judgment seeking the Court's interpretation of the Will as to whether Ellen on behalf of William, has the right to demand payment pursuant to Paragraph 5.2.4 of the Will, thus providing William with significant sums of money in accordance with the previously rejected demands.

9.

Executor Whitaker is now, and was at the time the Superior court action was commenced, a citizen of Tennessee.

10.

Executor Bullard is now, and was at the time the Superior court action was commenced, a citizen of Georgia.

11.

Respondents are now, and were at the time the Superior court action was commenced, citizens of Massachusetts.

12.

The matter in controversy is one in which this Court has original jurisdiction pursuant to 28 U.S.C. § 1332 as it involves citizens of different states and as the amount in controversy exceeds the sum or value of $75,000, exclusive of interest and costs. Additionally, will interpretation is within the diversity jurisdiction of the federal courts. *Michigan Tech Fund v. Century Nat'l Bank of Broward*, 680 F.2d 736, 740 (11th Cir. 1982).

13.

Therefore, pursuant to 28 U.S.C. § 1332 and 28 U.S.C. § 1441(a), this matter may be removed to this Court.

14.

Venue in this Court is proper pursuant to 28 U.S.C. §§ 1391 and 1441.

15.

This petition is filed within 30 days after receipt by Respondents through service or otherwise, of the <u>Petition for Declaratory Judgment</u> setting forth the claim for relief upon which said action is based, and said civil action is sought to

4

be removed to this Court pursuant to the provisions of 28 U.S.C. §§ 1441 and 1446.

WHEREFORE, Respondents Ellen Raoul and William Raoul pray that this petition be filed, that the entire action referred to herein above be removed to and proceed in the United States District Court for the Northern District of Georgia, Rome Division, that no further proceedings be held in the case originally filed in the Superior Court of Dade County, State of Georgia, and that Respondents have such other and further relief as this Court deems just and proper in the circumstances.

This the 21st day of August, 2008.

Respectfully submitted,

By: _____
Robert J. Kaufman
Georgia Bar No.: 409197
Jeremy B. Liebman
Georgia Bar No.: 176937

Kaufman, Miller & Sivertsen, P.C.
8215 Roswell Road
Building 800
Atlanta, GA 30350
T: (770) 390-9200
F: (770) 395-6720
Email: rjk@kauflaw.net
       jbl@kauflaw.net

Attorneys for Respondents

I:\WP\CW\7116-001\Notice of and Petition for Removal.doc

## CERTIFICATE OF COMPLIANCE

This is to certify that to the best of my knowledge, Respondent's **NOTICE OF AND PETITION OF REMOVAL** has been prepared with one of the font and point selections approved by the court in LR 5.1B, pursuant to LR 7. Specifically, the above-mentioned brief has been prepared using Time New Roman font, 14 point.

This 21st day of August, 2008.

                                        Jeremy B. Liebman
                                        Georgia Bar No.: 176937
                                        Attorney for Respondents

Kaufman, Miller & Sivertsen, P.C.
8215 Roswell Road
Building 800
Atlanta, GA 30350
Telephone No.: (770) 390-9200
Facsimile No.: (770) 395-6720
E-mail: jbl@kauflaw.net

I:\WP\CW\7116-001\Notice of and Petition for Removal.doc

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing **NOTICE OF AND PETITION OF REMOVAL** was served upon Executors by depositing a genuine copy of the same in the United States Mail, with sufficient postage affixed thereto to Executors' attorneys of record at the address listed below:

>Christopher A. Townley, Esq.
>Thomas F. Lindsay, Esq.
>Townley & Lindsay, LLC
>P.O. Box 278
>Rossville, GA 30741

This the 21st day of August, 2008.

Respectfully submitted,

Jeremy B. Liebman
Georgia Bar No.: 176937

Kaufman, Miller & Sivertsen, P.C.
8215 Roswell Road
Building 800
Atlanta, GA 30350
T: (770) 390-9200
F: (770) 395-6720
Email: jbl@kauflaw.net
Attorneys for Respondents

I:\WP\CW\7116-001\Notice of and Petition for Removal.doc