IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
AT ROME

| | |
|---|---|
| PHILIP B. WHITAKER, JR. and<br>DOUGLAS G. BULLARD,<br><br>    Plaintiffs,<br><br>-Versus-<br><br>ELLEN RAOUL and<br>WILLIAM RAOUL,<br><br>    Defendants. | ]<br>]<br>]<br>]<br>]<br>] CIVIL ACTION FILE<br>] NO.  4:08-CV-139-HLM<br>]<br>]<br>]<br>]<br>] |

PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION FOR LEAVE
TO FILE FIRST AMENDED ANSWER AND COUNTERCLAIM

Come now Plaintiffs, by and through counsel and pursuant to LR 7.1B, NDGa., and file this their Response to the Defendants' Motion for Leave to File First Amended Answer and Counterclaim (the "**Motion**").

Defendants appear to have the right under Fed. R. Civ. P. 15 to amend their Answer, so the Plaintiffs do not oppose the Motion.  However, the Plaintiffs strongly oppose Defendants' proposed Counterclaim and intend to defend it vigorously.

The Plaintiffs reserve the right to file an Answer to the proposed Counterclaim, pursuant to Fed. R. Civ. P. 12(a)(2), once the Counterclaim is filed with the Court.  The Plaintiffs further reserve their right to seek leave of

the Court to file any and all amendments to their original pleadings that are necessary or appropriate as a result of the filing of the Defendants' Counterclaim.

    Submitted this 4th day of December, 2008.

                                                          _s/Thomas F. Lindsay_

                                                          THOMAS F. LINDSAY
Ga. Bar No. 453028
Attorney for Plaintiffs
P. O. Box 278
Rossville, GA 30741
(706) 861-6003
(706) 861-6012 - facsimile

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 4, 2008, a copy of the Plaintiff's Response to Defendants' Motion to File First Amended Answer and Counterclaim was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  All other parties will be served by regular U.S. mail.  Parties may access this filing through the Court's electronic filing system.

    Robert J. Kaufman
    Jeremy B. Liebman
    Kaufman, Miller & Sivertsen, P.C.
    8215 Roswell Road
    Building 800
    Atlanta, GA 30350


    s/Thomas F. Lindsay_____
    THOMAS F. LINDSAY
    Ga. Bar No. 453028
    Attorney for Plaintiffs
    P. O. Box 278
    Rossville, GA 30741
    (706) 861-6003
    (706) 861-6012 - facsimile