UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| IN RE: | ) |
| ESTATE OF GASTON C. RAOUL, III | ) |
| | ) CIVIL ACTION FILE NO.: |
| | ) 4-08-CV-139 (RLV) |
| ELLEN RAOUL and | ) |
| WILLIAM RAOUL, a minor, | ) |
| by ELLEN RAOUL, | ) |
| | ) |
| Counter Claimants, | ) |
| | ) |
| v. | ) |
| | ) |
| PHILIP B. WHITAKER, JR. and | ) |
| DOUGLAS G. BULLARD, | ) |
| | ) |
| Counter Defendants. | ) |

**JOINT MOTION FOR APPOINTMENT OF GUARDIAN AD LITEM
AND INCORPORATED MEMORANDUM OF LAW**

Plaintiffs/Counter Defendants Philip B. Whitaker, Jr. and Douglas G. Bullard and Defendant/Counter Claimant Ellen Raoul (collectively, the "Parties"), pursuant to Rule 17(c) of the Federal Rules of Civil Procedure, jointly move the Court to appoint Robert M. Brinson, Esq. the guardian ad litem for Counter Claimant William G. Raoul, II ("William"), a minor, and for William's unborn and

unascertained descendants.  In support of the Motion, the Parties show the Court as follows:

1. William is presently 15 years old and is thus a "minor" for purposes of Rule 17(c).

2. The Counter Defendants serve as trustees of two testamentary trusts established by William's late father, Gaston C. Raoul, for the benefit of Gaston's children, their spouses, and their descendants.  At the time of his death, Gaston had one child, William.  William does not have any living descendants and is the only current beneficiary of the two trusts.

3. The issues involved in this litigation include:  1) whether Ellen Raoul, William's mother, is empowered to act on William's behalf with respect to his interests in the trusts, and 2) whether the Counter Defendants/trustees breached their fiduciary duties to the beneficiaries, including William and his unborn and unascertained descendants.

4. The Counter Defendants/trustees allege that Counter Claimant Ellen Raoul is not acting in William's best interests.  Ms. Raoul alleges the trustees are not acting in William's best interests.

5. Under Rule 17(c), the Court may appoint a guardian ad litem in cases "[w]here it is evident that a conflict of interest exists between the parent and the

minor." *Burke v. Smith*, 252 F.3d 1260, 1264 (11th Cir. 2001). This Court has interpreted that rule as requiring the appointment of a guardian ad litem where, due to the nature of the claims and defenses asserted, a "potential conflict of interest exists." *McSweeney v. Kahn*, No. 4-05-CV-132 (HLM), slip op. at 5 (N.D. Ga. Apr. 25, 2008) (attached as Ex. A).

6.  As in *McSweeney*, the claims and defenses asserted in this litigation create the potential for a conflict of interest -- or at least the perception of a conflict of interest -- between the mother, Ms. Raoul, and the minor child, William. The Parties wish to avoid any perceived conflict of interest. Accordingly, the Parties agree that an independent guardian ad litem should be appointed to protect William's and his descendants' best interests.

7.  Robert M. Brinson, Esq. is willing and able to serve as the guardian ad litem. (Consent-to-Serve of R. Brinson ¶ 2 (attached as Ex. B).) Mr. Brinson is completely independent and has no beneficial interest (either vested or contingent) in the assets that are the subject matter of this litigation. (*Id.* ¶ 6.) Mr. Brinson is a member in good standing of the State Bar of Georgia, with significant experience in complex litigation, including fiduciary litigation. (*Id.* ¶ 5.)

8.  For the foregoing reasons, the Parties respectfully request that the Court appoint Mr. Brinson as the guardian ad litem for Defendant/Counter

Claimant William G. Raoul, II and his unborn and unascertained descendants. The Parties further request that Mr. Brinson receive reasonable compensation for his services from the assets of the testamentary trust established under Item 6 of the Last Will and Testament of Gaston C. Raoul.

Respectfully submitted, this 6th day of February, 2009.

| KAUFMAN, MILLER & SILVERSTEIN, P.C. | KING & SPALDING LLP |
|---|---|
| /s Robert J. Kaufman (by Letitia A. McDonald with express permission) <br> Robert J. Kaufman <br> rjk@kauflaw.net <br> Georgia Bar No. 409197 <br> Jeremy B. Liebman <br> jbl@kauflaw.net <br> Georgia Bar No. 176937 <br> 8215 Roswell Road, Building 800 <br> Atlanta, Georgia 30350 <br> Phone: (770) 390-9200 <br> Fax: (770) 395-6720 <br><br> Counsel for Defendants/Counter Claimants Ellen Raoul and William Raoul, a minor, by Ellen Raoul | /s Letitia A. McDonald <br> Ralph B. Levy <br> Georgia Bar No. 449750 <br> rlevy@kslaw.com <br> Letitia A. McDonald <br> Georgia Bar No. 489430 <br> tmcdonald@kslaw.com <br> John P. Brumbaugh <br> Georgia Bar No. 085378 <br> pbrumbaugh@kslaw.com <br> 1180 Peachtree Street, N.E. <br> Atlanta, Georgia 30309-3521 <br> Phone: (404) 572-4600 <br> Fax: (404) 572-5100 <br><br> Counsel for Plaintiff/Counter Defendant Philip B. Whitaker, Jr. |
|  | CARLOCK COPELAND & STAIR, LLP <br><br> /s Joe Kingma (by Letitia A. McDonald with express permission) <br> JOHANNES S. KINGMA <br> Georgia Bar No. 421650 |


|  | |
|---|---|
|  | jkingma@carlockcopeland.com<br>MICHELE R. JONES<br>Georgia Bar No. 607116<br>mjones@carlockcopeland.com<br>2600 Marquis Two Tower<br>285 Peachtree Center Avenue<br>Atlanta, Georgia  30303<br>Phone:  (404) 522-8220<br>Fax:  (404) 523-2345<br><br>…………………………………..<br>P.O. Box 56887<br>Atlanta, Georgia  30343-0887<br><br>TOWNLEY & LINDSAY, LLC<br><br>/s Thomas F. Lindsay (by Letitia A. McDonald with express permission)<br>CHRISTOPHER A. TOWNLEY<br>Georgia Bar No. 714925<br>townleychris@hotmail.com<br>THOMAS F. LINDSAY<br>Georgia Bar No. 453028<br>tlindsay@americaninter,net<br>P.O. Box 278<br>Rossville, Georgia  30741<br>Phone:  (706) 861-6003<br>Fax:  (706) 861-6012<br><br>Counsel for Plaintiff/Counter Defendant Douglas G. Bullard |

5

## **LR 7.1D CERTIFICATE**

The undersigned counsel, pursuant to LR 7.1D, certifies that this filing was computer processed in Times New Roman font, 14-point type, in accordance with LR 5.1C.

                                              /s Letitia A. McDonald  
                                              Letitia A. McDonald  
                                              tmcdonald@kslaw.com  
                                              Georgia Bar No. 489430

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorneys of record:

Christopher A. Townley
townleychris@hotmail.com
Thomas F. Lindsay
tlindsay@americainter.net
Robert J. Kaufman
rjk@kauflaw.net
Jeremy B. Liebman
jbl@kauflaw.net
Johannes S. Kingma
jkingma@carlockcopeland.com
Michele R. Jones
mritz@carlockcopeland.com

This 6th day of February, 2009.

/s Letitia A. McDonald
Letitia A. McDonald
tmcdonald@kslaw.com
Georgia Bar No. 489430