IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| PHILIP B. WHITAKER, Jr. and DOUGLAS G. BULLARD | ) ) ) | |
| Plaintiffs, | ) ) ) | Civil File No. 4:08-CV-139(RLV) |
| v. | ) ) | |
| ELLEN RAOUL and WILLIAM RAOUL | ) ) ) | |
| Defendants. | ) | |

**DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEF TO MOTIONS FOR ATTORNEYS' FEES AND FOR APPOINTMENT OF TEMPORARY TRUSTEE**

Defendants ELLEN RAOUL ("**Ellen**") individually and WILLIAM RAOUL ("**William**") by next friend and guardian Ellen Raoul (collectively "**Defendants**"), file this, their Response to Plaintiffs' Motion For Leave To File Supplemental Brief To Motions for Attorneys' Fees and For Appointment of Temporary Trustees ("**Motions**"), and shows this Honorable Court as follows:

**I.   WHILE DEFENDANTS DISAGREE WITH PLAINTIFFS' REASONS FOR SEEKING LEAVE, DEFENDANTS DO NOT OBJECT TO THE COURT ALLOWING BOTH PARTIES TO FILE SUR-REPLIES TO THE MOTIONS.**

Defendants Motions seek safeguards to prevent the risk of continued harm to William, his unborn descendants, and the trusts.  Specifically, the Motions are

intended to protect William and his unborn descendants from the inherent conflict of interest that exists for William to be beholden to Plaintiffs during this highly litigious lawsuit, as well as provide William with funds to defend himself and protect his interest, his unborn descendants interests, and the trusts.  This is similar to Plaintiffs' desire for a guardian *ad litem* to prevent the potential for a conflict of interest between William and his mother, which Defendants immediately consented to.  Defendants presented sufficient evidence with their Motions to enable the Court to grant William the immediate preliminary relief that he seeks so that he would have funds to defend himself and avoid any risk of harm until the Court ultimately decides this matter once discovery is complete.

"Although the Court may in its discretion permit the filing of a surreply, this discretion should be exercised in favor of allowing a surreply only where a valid reason for such additional briefing exists, such as where the movant raises new arguments in its reply brief."  *Fedrick v. Mercedes-Benz USA, LLC*, 366 F. Supp. 2d 1190, 1197 (N.D. Ga. 2005) (citing *Garrison v. Northeast Georgia Med. Ctr., Inc.*, 66 F. Supp. 2d 1336, 1340 (N.D. Ga. 1999)).  Here, Defendants raised no new arguments in their Reply.  All evidence incorporated into Defendants Reply served to refute the allegations raised in Plaintiffs' Response.  Nevertheless, Defendants do not object to Plaintiffs' request if they feel the need to provide additional

information for this Court to makes its rulings. Defendants have consistently attempted to extend to Plaintiffs all courtesies with regards to this matter, including consenting to an extension of time for Plaintiffs to file their Response. Defendants simply ask that in fairness they be given the same opportunity to submit a short reply after Plaintiffs submit their sur-reply in order to respond to any new assertions raised by Plaintiffs. Further, due to the urgency of these Motions, and the fact that substantial time has already passed since they were filed (including the time for Plaintiffs' extension to file their Response), Plaintiffs' request for 14 days to file their sur-reply without any further limitations is too lengthy. Defendants propose that Plaintiffs receive 5 days to file a sur-reply and Defendants receive 3 days thereafter to file their reply. Defendants also propose that both replies be limited to 5 pages.

Respectfully submitted, this 18th day of June, 2009.

        KAUFMAN, MILLER & SIVERTSEN, P.C.
        s/ Robert J. Kaufman
        Robert J. Kaufman
        Georgia Bar No.:  409197
        s/ Jeremy B. Liebman
        Jeremy B. Liebman
        Georgia Bar No.:  176937

8215 Roswell Road, Building 800
Atlanta, Georgia 30350
Telephone   (770) 390-9200
Facsimile    (770) 395-6720

E-mail:     rjk@kauflw.net
E-mail:     jbl@kauflaw.net
I:\WP\CW\7116-001\Response to Supplemental Brief Motion.doc

## **CERTIFICATE OF COMPLIANCE**

This is to certify that to the best of my knowledge, Defendants' Response to Plaintiffs' Motion For Leave to File a Supplemental Brief to Motions for Attorneys' Fees and Appointment of a Temporary Trustee has been prepared with one of the font and point selections approved by the court in LR 5.1B, pursuant to LR 7.  Specifically, the above-mentioned pleading has been prepared using Times New Roman font, 14 point.

This 18th day of June, 2009.

s/ Jeremy B. Liebman
Jeremy B. Liebman
Georgia Bar No.:  176937
Attorney for Defendants

Kaufman, Miller & Sivertsen, P.C.
8215 Roswell Road, Building 800
Atlanta, Georgia 30350
Telephone   (770) 390-9200
Facsimile    (770) 395-6720
E-mail:       jbl@kauflaw.net

I:\WP\CW\7116-001\Response to Supplemental Brief Motion.doc

## CERTIFICATE OF SERVICE

I hereby certify that on June 18, 2009, I have electronically filed Defendants' Response to Plaintiffs' Motion For Leave to File a Supplemental Brief to Motions for Attorneys' Fees and Appointment of a Temporary Trustee with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorney of record:

   Ralph B. Levy
   Letitia A. McDonald
   John P. Brumbaugh
   Robert M. Brinson
   Johannes S. Kingma
   Michele R. Jones
   Christopher A. Townley
   Thomas F. Lindsay


      This 18th day of June, 2009.

                                        s/ Jeremy B. Liebman
                                        Jeremy B. Liebman
                                        Georgia Bar No.: 176937
                                        Attorney for Defendants

Kaufman, Miller & Sivertsen, P.C.
8215 Roswell Road, Building 800
Atlanta, Georgia 30350
Telephone   (770) 390-9200
Facsimile   (770) 395-6720
E-mail:     jbl@kauflaw.net

I:\WP\CW\7116-001\Response to Supplemental Brief Motion.doc